MAYALL HURLEY
**A Professional Corporation**
**2453 Grand Canal Boulevard**
**Stockton, California 95207**
**Telephone (209) 477-3833**
**Facsimile (209) 473-4818**
**NICHOLAS J. SCARDIGLI**
**CA State Bar No. 249947**

**Attorneys for Plaintiff CESAR CARDENAS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CESAR CARDENAS,** | Case No.: 1:14-CV-02017-GSA |
| Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL with PREJUDICE AND ORDER** |
| v. | |
| **DAIRY FARMERS OF AMERICA, INC.,** and Does 1-100, inclusive. | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff CESAR CARDENAS and counsel for Defendant DAIRY FARMERS OF AMERICA, INC., that pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned action be and hereby is dismissed with prejudice in its entirety as to all claims and with respect to all parties, with each part to bear its or his own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

_____
Stipulated Request for Dismissal with Prejudice and Order
Page 1 of 2

1  **DATED:** April _2_, 2015                **MAYALL HURLEY P.C.**

3                                            By___/s/   Nicholas J. Scardigli___
                                                 NICHOLAS J. SCARDIGLI
4                                                Attorneys for Plaintiff,
                                                 CESAR CARDENAS

6  **DATED:** April _2_, 2015                **OGLETREE, DEAKINS, NASH, SMOAK
                                             & STEWART, P.C.**

8                                            By___/s/ Jordan R. Ferguson___
                                                 KEITH A. WATTS
9                                                JORDAN R. FERGUSON
                                                 Attorneys for Defendant DAIRY
                                                 FARMERS OF AMERICA, INC.

13 **IT IS SO ORDERED**
   **Dated: April 7, 2015**

                                                 **___/s/ Lawrence J. O'Neill___**
                                                 **United States District Judge**